

1 GORDON SILVER
GERALD M. GORDON, ESQ.
2 Nevada Bar No.: 229
Email: ggordon@gordonsilver.com
3 *Admitted Pro Hac Vice*
ROBERT C. WARNICKE, ESQ.
4 Arizona Bar No.: 015345
Email: rwarnicke@gordonsilver.com
5 TERESA M. PILATOWICZ, ESQ.
Arizona Bar No.: 024447
6 Email: tpilatowicz@gordonsilver.com
One East Washington Street, Suite 400
7 Phoenix, Arizona 85004
Telephone: 602-256-0400
8 Facsimile: 602-256-0345
Attorneys for Debtors

**Eileen W. Hollowell, Bankruptcy Judge**
_____

9

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

10

| | |
|---|---|
| 11 In re: | **CASE NO.: 2:12-bk-16257-EWH** |
| 12 MTS LAND, LLC, an Delaware limited liability company, | **Chapter 11 Proceeding** |
| 13                          Debtor. | |
| 14 ☒ Affects this Debtor. | **Jointly Administered with:** |
| 15 In re: | |
| 16 MTS GOLF, LLC, an Delaware limited liability company, | **2:12-bk-16259-EWH** |
| 17                          Debtor. | |
| 18 ☒ Affects this Debtor. | |

19

20 **INTERIM ORDER AUTHORIZING DEBTORS TO INCREASE THE AMOUNT OF EXISTING POST-PETITION FINANCING AND EXTENDING THE MATURITY DATE**

21       This matter came before the Court on Debtors' *Motion Seeking an Order Authorizing*

22 *Debtors to Increase the Amount of Existing Post-Petition Financing and Extending the Maturity*

23 *Date* ("Motion"),[1] filed by MTS Land, LLC and MTS Golf LLC, as debtors and debtors-in-

24 possession in the above-captioned Chapter 11 case (collectively, "Debtors"), requesting entry of

25 an order authorizing Debtors to increase the existing amount of the existing post-petition

26 financing (the "DIP Loan") and extending the maturity date pursuant to Sections 105, 363, and

27 ---
[1] Any capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the

28 Motion.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103096-002/1981529

Case 2:12-bk-16257-EWH   Doc 730   Filed 07/11/13   Entered 07/12/13 08:27:34   Desc
Main Document     Page 1 of 2

364 of title 11 of the United States Code (the "Bankruptcy Code").  Debtors were previously authorized by this Court to enter into a Loan Agreement dated August 6, 2012 by and among Debtors and Jaime Sohacheski and executing a promissory note for $1,080,000.00 and any related documents (collectively, the "DIP Loan Documents") and granting the DIP Lender an administrative expense pursuant to Section 364(b).  The DIP Loan was authorized by this Court in an interim order on September 17, 2012 [ECF No. 149] and by the final DIP Financing Order on December 14, 2012 [ECF No. 391].  Debtors seek a authority to modify the DIP Loan Documents so that they can borrow up to $2,000,000.00 and extending the maturity date to December 31, 2013 (or the effective date of a plan of reorganization) keeping the remaining terms of the DIP Loan the same.

Based upon the Court's review of the Motion and all matters brought to the Court's attention at the hearing on July 11, 2013, and after due deliberation and consideration:

**THE COURT HEREBY FINDS AND DETERMINES:**

It is necessary to the Estates and within the Debtors exercise of its business judgment for Debtors to modify the existing DIP Loan and DIP Loan Documents so that they may borrow up to $2,000,000.00 and extend the maturity date to the earlier of December 31, 2013 or the effective date of a plan of reorganization.  Any objection is overruled.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Debtors are authorized to modify the existing DIP Loan Documents, and any other document reasonably required by the DIP Lender, to borrow up to $2,000,000.00 and to extend the maturity date on the existing DIP Loan to the earlier of December 31, 2013 or the effective date of a plan of reorganization.  All the other terms of the DIP Financing Order will remain the same.

This interim order is subject to a final hearing on the matter which set for July 30, 2013 at 1:30 p.m.

**DATED AND SIGNED AS ABOVE**

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103096-002/1981529

2